*Maddox & Terrell* and *S. D. Johnson*, for plaintiff in error. *Courtland S. Winn*, contra.

---

## CODY *v.* THE STATE.

*Fish, J.*—There was no error in admitting or in rejecting evidence, nor in the charges complained of, and the evidence warranted the verdict.

> *Judgment affirmed. All the Justices concurring.*
>
> Submitted February 1,—Decided February 22, 1897.

Indictment for larceny after trust. Before Judge Felton. Bibb superior court. November term, 1896.

*John R. Cooper*, for plaintiff in error.
*Robert Hodges, solicitor-general*, contra.

---

## SMITH *v.* THE STATE.

*Cobb, J.*—As to the legal question presented, this case is absolutely controlled by the decision of this court in *Dyer v. The State*, 99 *Ga.* 20, 25 S. E. Rep. 609; and the evidence warranted the verdict.      *Judgment affirmed. All the Justices concurring.*

> Argued February 1,—Decided February 22, 1897.

Indictment for opprobrious words. Before Judge Milner. Gordon superior court. December 17, 1896.

*George A. H. Harris*, for plaintiff in error.
*Samuel P. Maddox, solicitor-general*, contra.